IN THE STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| BEVERLY KAY WILLINGHAM,<br>Individually and as Administratrix of the<br>Estate of ANTHONY LEE WILLINGHAM,<br>Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COLONIAL PIPELINE COMPANY and<br>SUPERIOR LAND DESIGNS, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-C-06090-S4<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT

Defendant Colonial Pipeline Company ("Colonial"), by counsel, respectfully files this Notice of Removal to Federal Court as follows:

1. Colonial is contemporaneously filing its Notice of Removal in the United States District Court for the Northern District of Georgia, Atlanta Division; a copy of the federal notice of removal is attached hereto as **Exhibit A**.

2. This cause is now pending before the United States District Court for the Northern District of Georgia, Atlanta Division.

3. Colonial respectfully requests that no further proceedings or actions be conducted or undertaken in this cause before this Court unless and until it is remanded pursuant to 28 U.S.C. § 1446(d).

**EXHIBIT A**

This the 21st day of November, 2018

_____
E. Righton J. Lewis
Georgia Bar No. 215211
Pamela R. Lawrence
Georgia Bar No. 569713
**BUTLER SNOW LLP**
1170 Peachtree Street NE
Suite 1900
Atlanta, Georgia 30309
(678) 515-5064 Telephone
(678) 515-5001 Facsimile

Lem E. Montgomery (*pro hac vice*)
Miss. Bar. No. 100686
Kyle V. Miller (*pro hac vice*)
Miss. Bar No. 102227
**BUTLER SNOW LLP**
1020 Highland Colony Parkway, Suite 1400
Ridgeland, Mississippi 39157
(601) 948-5711 Telephone
(601) 985-4500 Facsimile
lem.montgomery@butlersnow.com
kyle.miller@butlersnow.com

*Attorneys for Defendant Colonial Pipeline Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 21st day of November, 2018, I have this day served a true and correct copy of the above and foregoing **NOTICE OF FILING NOTICE OF REMOVAL TO FEDERAL COURT** by mailing same by United States Mail with postage fully prepaid thereon to the following attorneys of record:

Christopher D. Glover
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
4200 Northside Parkway NW
Building One, Suite 100
Atlanta, Georgia 30327

D. Michael Andrews
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
218 Commerce Street
Montgomery, Al 36104
*Attorney for Plaintiff*

Cheryl H. Shaw
Wesley C. Jackson
FREEMAN MATHIS & GARY, LLP
100 Galleria Parkway, Suite 1600
Atlanta, Georgia 30339
*Attorneys for Defendant Superior Land Designs, LLC*

_____
Pamela R. Lawrence
Georgia Bar No. 569713

45048559v1

3